AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Yue Zhou  FID 1168219I<br><br>*Defendant* | Case No. 24-CR-123<br>Judge Diane Gujarati<br>Magistrate Judge Taryn A. Merkl |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Yue Zhou
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1958(a) (murder for hire)

Date:     03/26/2024                                    *David Afrani*   On Behalf of
                                                       _____
                                                       *Issuing officer's signature*

City and state:     Brooklyn, New York                 Brenna B. Mahoney, Clerk of Court
                                                       *Printed name and title*

---

### Return

This warrant was received on *(date)*  03/26/2024 , and the person was arrested on *(date)*  06/05/2024
at *(city and state)*  Portsmouth, VA  .

Date:  06/06/2024
                                                       _____
                                                       *Arresting officer's signature*

                                                       Michael Wiley / Special Agent HSI
                                                       *Printed name and title*